IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) NO. 3:24-00228 |
| v. | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| LEVI ST. PIERRE | ) 18 U.S.C. § 924 |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about July 21, 2024, in the Middle District of Tennessee, the defendant, **LEVI ST. PIERRE**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Smith & Wesson pistol, Model: M&P 9 Shield, Caliber: 9mm.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of the offense charged in this Indictment, the defendant, **LEVI ST. PIERRE**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c): any firearm or ammunition involved in a knowing violation of the offense, or intended to be used in the offense, including a Smith & Wesson pistol, Model: M&P 9 Shield, Caliber: 9mm.

A TRUE BILL

FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

ZACHARY T. HINKLE
ASSISTANT UNITED STATES ATTORNEY